EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant Old Navy, LLC*

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>OLD NAVY, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>     Defendants. | Civil Case No.: 5:22-cv-01413-SSS-SP<br><br>**DEFENDANT OLD NAVY, LLC'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Old Navy, LLC, certifies that the following listed party may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Gap, Inc.  Old Navy, LLC is a single-member limited liability company and is a wholly owned subsidiary of Gap, Inc.  Gap, Inc. is a publicly traded corporation, which trades on the New York Stock Exchange under the ticker GPS.  No other publicly traded corporation owns 10% or more of Old Navy, LLC's stock.

DATED:  September 6, 2022

COVINGTON & BURLING LLP

By:  */s/ Emily Johnson Henn*
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant Old Navy, LLC*