MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
OLD NAVY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01413-SSS-SP<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>FAC filed: Sept. 30, 2022<br>Current response date: Nov. 14, 2022<br>New response date: Jan. 13, 2023<br><br>Judge: Hon. Sunshine Suzanne Sykes |

Pursuant to Civil L.R. 7-1, Defendant OLD NAVY, LLC and Plaintiff MIGUEL LICEA (collectively, the "Parties"), respectfully submit this second stipulation to extend the time for Defendant to respond to Plaintiff's First Amended Class Action Complaint ("FAC") (Doc. #14).

WHEREAS, Plaintiff filed his FAC on September 30, 2022;

WHEREAS, pursuant to the Order Granting Stipulation to Extend Time to Respond to First Amended Complaint (Doc. #16), the deadline for Defendant to respond to the FAC is November 14, 2022;

WHEREAS, Defendant recently retained Morgan, Lewis & Bockius LLP as counsel herein; and

WHEREAS, the parties have conferred and agree to extend the deadline for defendant to respond to the FAC from November 14, 2022 to January 13, 2023 to allow the parties to investigate the factual allegations and explore potential resolution of this matter;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's time within which to respond to the Complaint shall be extended up to and including January 13, 2023.

IT IS SO STIPULATED.

[signatures on following page]

| | | |
|---|---|---|
| Dated: | November 7, 2022 | MORGAN, LEWIS & BOCKIUS LLP |

By /s/ *Joseph Duffy*
Joseph Duffy
Attorneys for Defendants
OLD NAVY, LLC

| | | |
|---|---|---|
| Dated: | November 7, 2022 | PACIFIC TRIAL ATTORNEYS |

By /s/ *David W. Reid*
David W. Reid
Attorneys for Plaintiff
MIGUEL LICEA

### Local Rule 5-4.3.4(a)(2)(i) Certification

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

/s/ *Joseph Duffy*
Joseph Duffy