PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01413-SSS-SP<br>Assigned to Honorable Sunshine S. Sykes<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: August 10, 2022<br>Trial Date: TBA |

| | |
|---|---|
| 1 | **TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that the parties have reached a settlement of the |
| 3 | above-captioned matter and are in the process of executing the actions required by the |
| 4 | agreement. It is anticipated that request for dismissal in accordance with Rules 23(e) |
| 5 | and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five |
| 6 | (45) days of the date of this Notice. |

Dated: July 11, 2023                          PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.