PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01413-SSS-SP<br>Judge: The Hon. Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: August 10, 2022<br>Trial Date: None Set |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Miguel Licea and Defendant Old Navy, LLC, stipulate and jointly request that this Court enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. No class has been certified and no class is proposed to be certified for purposes of settlement as contemplated by FRCP Rule 23(e). Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated: September 1, 2023   **PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff
    Miguel Licea

Dated: September 1, 2023   **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/Joseph Duffy*
    Joseph Duffy
    Attorneys for Defendant
    Old Navy, LLC

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

*/s/Scott J. Ferrell*
Scott J. Ferrell

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell