JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01413-SSS-SPx<br>Judge: The Hon. Sunshine Suzanne Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: August 10, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this
3  action with prejudice as to the named Plaintiff and without prejudice as to the putative
4  class.  Each party shall bear its own costs and attorneys' fees.

6  IT IS SO ORDERED.

8  Dated: January 24, 2024          By: _____
                                        Hon. Sunshine Suzanne Sykes
                                        United State District Judge

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**